2013 DEC -5 AM 11:36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS ANGEL SANCHEZ DUANA,<br><br>    Defendant. | Case No. '13 CR 4342 JLS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The grand jury charges:

On or about November 20, 2013, within the Southern District of California, defendant LUIS ANGEL SANCHEZ DUANA did knowingly and intentionally possess, with intent to distribute, approximately 2.49 kilograms (5 pounds), of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 5, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
MICHAEL G. WHEAT
Assistant U.S. Attorney

MGW:sj:San Diego
12/4/13